1 | **LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
2 | todd@lcllp.com
Scott G. Braden (CA Bar No. 305051)
3 | scott@lcllp.com
1234 Camino del Mar
4 | Del Mar, California 92014
Telephone:  (619) 762-1900
5 | Facsimile:   (724) 656-1556

6 | *Attorneys for Plaintiff
and Proposed Class Counsel*

7 |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLY FALLENSTEIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORP., a Delaware Corporation, PVH RETAIL STORES LLC, a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01690-AJB-KSC<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**PLEASE TAKE NOTICE** that the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Cally Fallenstein and Defendants PVH Corp. and PVH Retail Stores LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 17, 2023

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:   (619) 762-1900
Facsimile:    (724) 656-1556

*Attorneys for Plaintiff
and Proposed Class Counsel*

Dated: July 17, 2023

**PROSKAUER ROSE LLP**

By: */s/ Lary Alan Rappaport*
Lary Alan Rappaport (CA 087614)
lrappaport@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

*Attorneys for Defendants*
*PHV CORP. and PVH RETAIL STORES LLC*

## CERTIFICATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel and that I have obtained authorization to affix electronic signatures to this document.

Dated: July 17, 2023

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
todd@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone:   (619) 762-1900
Facsimile:    (619) 756-6991

*Attorneys for Plaintiff*
*and Proposed Class Counsel*