# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLY FALLENSTEIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORP., a Delaware Corporation, PVH RETAIL STORES LLC, a Delaware Limited Liability Company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01690-AJB-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Upon consideration of the parties' Joint Motion, **IT IS HEREBY ORDERED THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Cally Fallenstein and Defendants PVH Corp. and PVH Retail Stores LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: July 24, 2023

_____
Hon. Anthony J. Battaglia
United States District Judge